# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0781. CHRISTOPHER SAVALAS SMITH v. CAPITAL ONE BANK (USA), N. A.

On May 17, 2022, the trial court granted summary judgment in favor of Capital One Bank (USA), N. A. Christopher Savalas Smith then filed a motion for reconsideration. The trial court denied the motion, and Smith filed his notice of appeal on July 25, 2022. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Because Smith's notice of appeal was filed 69 days after entry of the trial court's order granting summary judgment, this appeal is untimely. Although Smith filed a motion for reconsideration, the denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985).

Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __01/23/2023__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*